UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES MAHONEY, as the Director and on
behalf of the TRANSPORT WORKERS UNION
RETIREES ASSOCIATION,

                              Plaintiff,          Civil Action No. _____

    -against-                                   **RULE 7.1 STATEMENT**

J.J. WEISER AND COMPANY, INC.,        05 CIV. 7117

                              Defendant.
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant J.J. Weiser and Company, Inc. (a private non-governmental party) certifies that it does not have any corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: Hawthorne, New York
         August 11, 2005

                                           TRAUB EGLIN LIEBERMAN STRAUS LLP

                                           By: _____
                                                Michael L. Hart (MH4031)
                                                Attorneys for Defendant J.J. Weiser and
                                                Company, Inc.
                                                Mid-Westchester Executive Park
                                                Seven Skyline Drive
                                                Hawthorne, New York 10532
                                                (914) 347-2600

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF WESTCHESTER)

Christina Golino, being duly sworn, deposes and says:

That the deponent is not a part to the within action and is over 18 years of age.

That on the 11th day of August 2005, deponent served the within **RULE 7.1 STATEMENT** upon the attorney(s) for the respective party(ies) in this action, at the address listed below, such address designated by said attorney for that purpose via **United States Postal Service,** by depositing same in a properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service.

TO: Larry Magarick, Esq.
    KENNEDY, JENNIK & MURRAY, P.C.
    *Attorneys for Plaintiffs*
    113 University Place
    New York, New York 10003
    (212) 358-1500

_____
CHRISTINA GOLINO

Sworn to before me this 11th
day of August 2005.

_____
Notary Public

CHRISTOPHER RUSSO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RU6128715
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JUNE 13, 20 09