USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X
JAMES MAHONEY, as the Director
and on behalf of the TRANSPORT
WORKERS UNION RETIREES
ASSOCIATION,

        Plaintiff,        05 Civ. 7117 (MBM)

  -against-

                              ORDER

J.J. WEISER AND COMPANY, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL B. MUKASEY, U.S.D.J.

    A pre-trial conference will be held on August 31, 2005 at 9:15 A.M. in Room 21B of the United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time the Court, if necessary, will set a date for defendant to answer or move with respect to the complaint.

SO ORDERED:

Dated: New York, New York
       August 18, 2005

Michael B. Mukasey,
U.S. District Judge