## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

05cv7117

Alexandra Miller, being duly sworn, says:

I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

On September 12th, 2005, I served the enclosed Notice of Assignment by mailing a copy via first class mail to counsel for the defendant at the address set forth below:

>Michael L. Hart
>Traub Eglin Lieberman Straus LLP
>Mid-Westchester Executive Park
>Seven Skyline Drive
>Hawthorne, NY 10532

_____
Alexandra Miller

Sworn to before me this
12th day of September, 2005

NOTARY PUBLIC
ELIZABETH A. PILECKI
Notary Public, State of New York
No. 02PI6039445
Qualified in Kings County
Commission Expires April 3, 20 06

Doc

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

----------------------------------X

                                                                          NOTICE OF ASSIGNMENT

Mahoney v. JJ Weiser                                                      05cv7117

----------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

    JUDGE Mukasey

    All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

    The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of assignment on all defendants.

                                                        J. Michael McMahon, CLERK

Dated: 08/22/05

                                      By:     <u>Jenny R. Horne</u>
                                                          Deputy Clerk

cc: Attorneys of Record
<u>PS REASSIGNMENT FORM</u>

Data Quality Control
  Revised: March 9, 2001