```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JAMES MAHONEY, as the Director     :
and on behalf of the TRANSPORT     :
WORKERS UNION RETIREES             :
ASSOCIATION,                       :
                                   :
               Plaintiff,          :    05 Civ. 7117 (MBM)
                                   :
     -against-                     :
                                   :    ORDER
                                   :
J.J. WEISER AND COMPANY, INC.,     :
                                   :
               Defendant.          :
----------------------------------X
```



MICHAEL B. MUKASEY, U.S.D.J.

      On application by defendant, and by agreement, the captioned case is placed on the suspense docket pending the outcome in the related case of <u>Toussaint</u> v. <u>J.J. Weiser</u>, 04 Civ. 2592.

SO ORDERED:

Dated: New York, New York
       October 17, 2005

Michael B. Mukasey,
U.S. District Judge