```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
JAMES MAHONEY,                          :
                                        :    05 Civ. 7117 (VM)
                    Plaintiff,          :
                                        :
     - against -                        :         ORDER
                                        :
J. J. WEISER AND COMPANY, INC.,         :
                                        :
                    Defendant.          :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order of Chief Judge Michael Mukasey dated October 18, 2005, the Court placed the case on its Suspense Docket pending the outcome of a related case, No. 04 Civ. 2592. A review of the Docket Sheet indicates that no further correspondence with the Court or other proceedings have been recorded in this action. Accordingly, it is hereby

**ORDERED** that plaintiff clarify the status of this action and indicate whether any further proceedings are contemplated before this Court. In the event no timely response is made to this Order by May 4, 2007, the Court may direct that the action be dismissed and the case closed.

**SO ORDERED.**

Dated:   New York, New York
         30 April 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　VICTOR MARRERO
　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-07