# KENNEDY, JENNIK & MURRAY, P.C.
### ATTORNEYS AT LAW
113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

FACSIMILE (212) 358-0207

THOMAS M. KENNEDY
SUSAN M. JENNIK
THOMAS M. MURRAY
OF COUNSEL:
LARRY MAGARIK

ELIZABETH M. PILECKI (NJ, MA)
RACHEL A. KIRTNER (OR)
WILLIAM G. SCHIMMEL (IL, MI, NJ)
BERNHARD W. ROHRBACHER (CA ONLY)
OMAR A. JOSEPH (MA, D.C.)
CHRISTOPHER G. GANT (NJ ONLY)

November 28, 2007

**By Fax: 212-805-6382**
Hon. Victor Marrero, U.S.D.J.
United States Courthouse
40 Foley Square, Room 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-28-07

Re: **Mahoney v. Weiser, 05-CV-7117**

Dear Judge Marrero:

I write as counsel to Plaintiffs in the above-referenced case to request an adjournment of the conference which is now scheduled for November 30, 2007 at 3:15 pm. The reason for this request is that opposition papers in the parties' motions for summary judgment in the related case before you, Mahoney v. Weiser, 04-CV-02592, are due on November 30, 2007. Counsel for defendant joins in this request.

I spoke to your law clerk and she advises that there is an opening for the conference to be re-scheduled to December 14, 2007 at 2:30 pm. All counsel are available at that time. Therefore, we request that the conference be rescheduled to December 14, 2007 at 2:30 pm.

Thank you for your consideration of this request.

Very truly yours,

Susan M. Jennik

cc: Daniel G. Ecker, Esq.

Request GRANTED. The status conference herein is rescheduled to to a date to be determined after the Court's ruling on the pending motions for summary judgment. SO ORDERED.

11-28-07
DATE       VICTOR MARRERO, U.S.D.J.